HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALEX THOMASON, an individual; and THOMASON JUSTICE P.S., a Washington professional service corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>Defendant. | No.: 2:21-cv-01216-JLR<br><br>STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE<br><br>NOTED ON THE MOTION CALENDAR:<br>**SEPTEMBER 17, 2021** |

## STIPULATED MOTION

Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate and agree that Defendant shall have until October 1, 2021 to file an Answer or otherwise respond to Plaintiffs' First Amended Complaint. Plaintiffs and Defendant further agree that in so extending this deadline, neither Plaintiffs nor Defendant waive any right, claim, or defense in this action.

STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE
NO.: 2:21-CV-01216-JLR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1  DATED this 16th day of September 2021.

| MILLER NASH LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By *s/ Tristan N. Swanson*<br>Tristan N. Swanson, WSBA #41934<br>Tristan.swanson@millernash.com<br><br>Attorneys for Plaintiffs | By *s/Westin McLean*<br>Westin McLean, WSBA #46462<br>westin.mclean@bullivant.com<br><br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED this 17th day of September 2021.

_____
HONORABLE JAMES L. ROBART

4846-8619-6731.1

STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DEADLINE
NO.: 2:21-CV-01216-JLR

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930