HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX THOMASON, an individual; and THOMASON JUSTICE P.S., a Washington professional service corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>Defendant. | No.: 2:21-cv-01216-JLR<br><br>STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND COMPLAINT<br><br>NOTED ON THE MOTION CALENDAR:<br>**SEPTEMBER 17, 2021** |

## **STIPULATION**

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs and Defendant hereby stipulate and agree that Plaintiffs may file a Second Amended Complaint to replace Travelers Casualty and Surety Company with Travelers Casualty and Surety Company of America as the defendant in this case.  No other amendments to the pleadings are authorized under this stipulation.  This stipulation does not waive any claims or defenses that may be asserted by any party in this action, including but not limited to service of process or any time limitations.

STIPULATED MOTION FOR LEAVE TO AMEND
NO.: 2:21-CV-01216-JLR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED this ___ day of September 2021.

| MILLER NASH LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By *s/ Tristan N. Swanson*<br>Tristan N. Swanson, WSBA #41934<br>Tristan.swanson@millernash.com<br><br>Attorneys for Plaintiffs | By *s/Westin McLean*<br>Westin McLean, WSBA #46462<br>westin.mclean@bullivant.com<br><br>Attorneys for Defendant |

IT IS SO ORDERED this 17th day of September 2021.

_____
HONORABLE JAMES L. ROBART

4829-5416-2682.1

STIPULATED MOTION FOR LEAVE TO AMEND
NO.: 2:21-CV-01216-JLR

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930